## Henry J. Spruhan, Plaintiff in Error, v. The Searchlight Gas Company, Defendant in Error.

### Gen. No. 19,041. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. GEORGE J. COWING, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 10, 1914.

### Statement of the Case.

Action by Henry J. Spruhan against The Searchlight Gas Company to recover a salary for services rendered the defendant for a certain period at two hundred and fifty dollars per month, alleged in the statement of claim to be pursuant to an agreement recorded in the minutes of defendant's board of directors. From a judgment in favor of the defendant, plaintiff brings error.

HENRY W. LEMAN, for plaintiff in error.

CHARLES E. SELLECK, for defendant in error; JOHN S. ROUNTREE, of counsel.

MR. JUSTICE BARNES delivered the opinion of the

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

## Abstract of the Decision.

CORPORATIONS, § 296*—*when evidence insufficient to prove agreement for treasurer's salary.* In an action against a corporation to recover a salary as treasurer alleged to be due pursuant to an agreement recorded in the minutes of defendant's board of directors, a judgment for defendant was sustained, it appearing, that no such salary was provided by the corporation's by-laws, nor by any resolution passed by the board of directors, that the minutes of the board did not disclose any provision for a salary and that no contract of any kind for such salary was proved by plaintiff.